# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| PROMETHEAN INSULATION TECHNOLOGY LLC, | § § § | |
|---|---|---|
| Plaintiff, | § § | JURY TRIAL DEMANDED |
| v. | § § § | |
| REFLECTIX, INC. | § | 2:15-cv-00028-RSP LEAD CASE |
| SOPREMA, INC. (CANADA), ET AL. | § | 2:15-cv-00029-RSP |

## AGREED MOTION TO DISMISS REFLECTIX, INC. WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Promethean Insulation Technology LLC and Defendant Reflectix, Inc. hereby move for an order dismissing all claims and counterclaims in Civil Action No. 2:15-cv-00028 asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees. A proposed Order is filed herewith for the Court's convenience.

Date:  December 28, 2015

Respectfully submitted,

By: */s/ Brett Govett*
Brett C. Govett
State Bar No.  08235900
James V. Leito IV
State Bar No. 24054950
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784
Tel: (214) 855-8000
Fax: (214) 855-8200
brett.govett@nortonrosefulbright.com
james.leito@nortonrosefulbright.com

***Counsel for Defendant Reflectix, Inc.***

*/s/ Danny L. Williams*
Danny L. Williams, Texas Bar No. 21518050
Brian K. Buss, Texas Bar No. 00798089
Matthew R. Rodgers, Texas Bar No. 24041802
Christopher N. Cravey, Texas Bar No. 24034398
David K. Wooten, Texas Bar No. 24033477
Drew Kim, Texas Bar No. 24007482
Leisa Talbert Peschel, Texas Bar No. 24060414
**WILLIAMS MORGAN, P.C.**
10333 Richmond Avenue, Suite 1100
Houston, TX 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011
danny@wmalaw.com
bbuss@wmalaw.com
mrodgers@wmalaw.com
cravey@wmalaw.com
dwooten@wmalaw.com
dkim@wmalaw.com
lpeschel@wmalaw.com

***Counsel for Plaintiff Promethean Insulation Technology LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served on December 28, 2015 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/     Brett C. Govett*